**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
          against
_____Todd Tolson_____

(Alias) _____

_____

              Please PRINT Clearly
```

07 Cr. 692
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

         1. [ ] CJA     2. [X] RETAINED     3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. __March ?__ YR. __2001__

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __New York__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:  NEW YORK, NEW YORK

7/31/07

SIGNATURE _Laura M. Miranda_
PRINT THE FOLLOWING INFORMATION CLEARLY

~~Todd Tolson~~ Laura M. Miranda
Attorney for Defendant

Laura M. Miranda, Attorney At Law
Firm name if any

3604 Broadway
Street address

New York,   NY       10031
City        State       Zip

212.629.4500 / 917.696.7933
Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186