The Honorable Judge Karas
500 Pearl Street
Part 21 B
New York, NY 10013



To the Honorable Justice Karas,

My client, Todd Tolson, indictment #07 CRIM. 692, was arraigned before magistrate Henry Pitman on July 31, 2007. Magistrate Pittman permitted Mr. Tolson to relocate with his eight year old son, Jamel, to San Juan, Puerto Rico once the bail requirements were met. Todd Tolson and his son had planned to relocate to San Juan, Puerto Rico and had a scheduled flight on the evening of July 31, 2007, which they were not permitted to take. Jamel Tolson is registered to commence 3rd Grade at the Robinson School located in Condado, Puerto Rico on August 13, 2007.

Mr. Tolson has complied with the court order he surrendered his passport on August 01, 2007; he paid $10,000 by certified check on August 03, 2007; a $100,000 personal recognizance bond was signed by his brother Tracey Tolson on August 06, 2007; Todd Tolson met with pretrial services on August 01, 2007 and has an appointment to call pretrial services at 9:00am in San Juan, Puerto Rico, on August 09, 2007 to make an appointment to appear in the office on that same day.

Mr. Tolson purchased new tickets for him and his son Jamel, for $600, to depart today at 8:50 pm from Newark New Jersey on Continental Airlines flight # 486. Mr. Tolson was unable to utilizes his July 31, 2007 American Airline tickets for him and Jamel, as they were non-refundable.

We are kindly requesting the Honorable Justice Karas waive Todd Tolson's appearance at the August 09, 2007 conference scheduled at 12:00 noon. AUSA Jenna Babbs does not oppose the court's waiver of Todd Tolson's appearance. Mr. Tolson's address is 60 Condado Ave, Apt 3 San Juan, PR 00907. Attached are copies of Mr. Tolson's lease, Jamel's school registration and all pertinent receipts. We appreciate the court's consideration in this matter.

Sincerely,

Laura M Miranda (7909)

Cc: AUSA Jenna Babbs

*Granted, on the condition that Mr. Tolson will be at the next conference, which the Court will schedule at the August 9 Conference.*

*So ordered.*